Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| J & J Sports Productions, Inc., | Case No. 2:14-cv-02669-WBS-AC |
|---|---|
| Plaintiff, | |
| vs. | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; AND ORDER (~~Proposed~~) |
| Mang Pheng Thao, et al., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses, *without prejudice,* defendant Mang Pheng Thao, individually and d/b/a Sunrise 2 Sunset Grill.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: April 8, 2015          */s/ Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                              By:  Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J Sports Productions, Inc.

**ORDER**

It is hereby ordered that civil action number 2:14-cv-02669-WBS-AC styled *J & J Sports Productions, Inc. v. Mang Pheng Thao, et al.*, is dismissed **without prejudice**.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:  April 9, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///
///
///
///
///
///
///
///
///
///
///
///
///

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227.  I am readily familiar with this law firm's practice

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL; AND ORDER (Proposed)
CASE NO. 2:14-cv-02669-WBS-AC
PAGE  PAGE 1**

for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 8, 2015, I served:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Mang Pheng Thao (Defendant)
10113 Folsom Blvd.
Rancho Cordova, CA 95670

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 8, 2015, at South Pasadena, California.

Dated: April 8, 2015                          */s/ Stefanie Martinez*
                                              **STEFANIE MARTINEZ**

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL; AND ORDER (Proposed)
CASE NO. 2:14-cv-02669-WBS-AC
PAGE  PAGE 1